IN RE FORECLOSURE OF DEED OF TRUST

No. 56PA82.

Case below: 55 N.C. App. 373.

Petition by Robinsons for discretionary review under G.S. 7A-31 allowed 30 March 1982. Motion of respondents to dismiss appeal for lack of significant public interest denied 30 March 1982.

JENKINS v. JENKINS

No. 18PA82.

Case below: 54 N.C. App. 693.

Motion of plaintiff to dismiss appeal of defendant for failure to comply with Rule 15(g)(4) allowed 30 March 1982.

KENNEDY v. WHALEY

No. 60P82.

Case below: 55 N.C. App. 321.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 30 March 1982.

STATE v. BROWN

No. 169 PC.

Case below: 54 N.C. App. 693.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 March 1982.

STATE v. CASS

No. 39P82.

Case below: 55 N.C. App. 291.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.